■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CECIL ENGLISH, Appellant.—Appeal by the defendant from an amended judgment of the Supreme Court, Queens County (Rotker, J.), rendered July 12, 1989, revoking a sentence of probation previously imposed by the same court, upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal possession of stolen property in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Defense counsel's application for leave to withdraw is granted (see, *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; cf., *People v Gonzalez*, 47 NY2d 606). Balletta, J. P., Rosenblatt, Ritter and Copertino, JJ., concur.